**DISMISS and Opinion Filed August 23, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00472-CV**

**TREY MCCULLOUGH, Appellant**
**V.**
**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-23-00192**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Breedlove

Appellant's brief in this case is overdue. By postcard dated July 26, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


        /Maricela Breedlove/
        MARICELA BREEDLOVE
        JUSTICE

240472F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TREY MCCULLOUGH, Appellant

No. 05-24-00472-CV      V.

DALLAS COUNTY, ET AL.,
Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. TX-23-00192.
Opinion delivered by Justice
Breedlove. Justices Smith and Miskel
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered August 23, 2024